No. 16,739.

ALLEN *v.* PUBLIC SERVICE COMPANY OF COLORADO.
(236 P. [2d] 1087)

Decided October 8, 1951. Rehearing denied October 29, 1951.

Judgment affirmed en banc without written opinion.

Mr. BRUCE OWNBEY, for plaintiff in error.

Mr. DUDLEY I. HUTCHINSON, Mr. DUDLEY I. HUTCHINSON, JR., Mr. T. HENRY HUTCHINSON, for defendant in error.